UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| JAMES CALHOUN COLGAN, | ) | |
| Plaintiff, | ) | Civil No. 14 -740 (TSC) |
| v. | ) | |
| DEPARTMENT OF JUSTICE, | ) | |
| Defendant. | ) | |

## JOINT MOTION FOR EXTENSION OF TIME

By Minute Order dated February 10, 2015, this Court ordered, in part, that: "The parties are encouraged to meet and confer regarding the scope of the FBI's search for records responsive to Plaintiff's FOIA requests. If a dispute remains, Defendant may file a dispositive motion no later than March 10, 2015."

Since that time lead defense counsel for defendant, Assistant U.S. Attorney Rhonda Fields, has retired and the case was just reassigned to AUSA Marina Utgoff Braswell. AUSA Braswell and plaintiff's counsel have conferred, and both agree that the parties need additional time to see if they can resolve their issues regarding the scope of the FBI's search. If they are successful, briefing on this issue will be unnecessary.

Accordingly, in order to allow AUSA Braswell to become more familiar with the facts and procedural history of this case, and to allow the parties to confer further about the scope of the FBI's search, the parties jointly move this Court for an extension of the briefing schedule set by the Court in its February 10, 2015 Minute Order. The parties request that a new briefing schedule be entered as follows:

(1)  Defendant's dispositive motion concerning the scope of its search, if it remains in dispute, shall be due April 10, 2015;

(2)  Plaintiff's Opposition and Cross-Motion, if any, shall be filed not later than May 12, 2015;

(3)  Defendant's Reply and Opposition, if any, shall be due May 27, 2015; and

(4)  Plaintiff's Reply, if any, shall be due June 10, 2015.

For the foregoing reasons, the parties respectfully request that this joint motion be granted.

>Respectfully submitted,
>
>RONALD C. MACHEN JR.
>D.C. BAR # 447889
>United States Attorney
>
>DANIEL F. VAN HORN,
>D.C. BAR # 924092
>Chief, Civil Division
>
> /s/ *Marina Utgoff Braswell*
>MARINA UTGOFF BRASWELL,
>D.C. BAR #416587
>Assistant United States Attorney
>U.S. Attorney's Office
>555 4th Street, N.W. - Civil Division
>Washington, D.C. 20530
>(202) 252-2561
>
>*Counsel for Defendant*
>
> /s/ *Jeffrey L. Light*
>Jeffrey L. Light
>1712 Eye St., NW, Suite 915
>Washington, D.C.  20006
>202-277-6213
>Jeffrey.Light@yahoo.com
>
>*Counsel for Plaintiff*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| JAMES CALHOUN COLGAN,  )<br>)<br>Plaintiff, ) | Civil No. 14 -740 (TSC) |
| )<br>v.  )<br>) |  |
| DEPARTMENT OF JUSTICE, )<br>) |  |
| Defendant.  ) |  |

## **ORDER**

UPON CONSIDERATION of the parties' joint motion for extension of time, and the entire record in this case, it is hereby

**ORDERED** that the joint motion is granted; and it is further

**ORDERED** that the following briefing schedule is entered in this case:

(1)  Defendant's dispositive motion concerning the scope of its search, if it remains in dispute, shall be due April 10, 2015;

(2)  Plaintiff's Opposition and Cross-Motion, if any, shall be filed not later than May 12, 2015;

(3)  Defendant's Reply and Opposition, if any, shall be due May 27, 2015; and

(4)  Plaintiff's Reply, if any, shall be due June 10, 2015.

_____
UNITED STATES DISTRICT JUDGE