UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| JAMES CALHOUN COLGAN, | ) | |
| Plaintiff, | ) | Civil No. 14 -740 (TSC) |
| v. | ) | |
| DEPARTMENT OF JUSTICE, | ) | |
| Defendant. | ) | |

## JOINT PROPOSED SCHEDULE FOR FURTHER PROCEEDINGS

By Minute Order dated May 4, 2015, this Court ordered the case stayed pending the FBI's completion of processing plaintiff's Freedom of Information Act request and further ordered the parties to submit today a joint status report with a proposed briefing schedule.

Before a briefing schedule can be determined, the FBI needs to prepare a Vaughn index and declaration of the information withheld from plaintiff and the exemptions asserted. There are approximately 7,500 pages at issue. The parties have conferred and plaintiff has agreed to a sample Vaughn index from the FBI, covering 500 pages which plaintiff will identify for the FBI from the bates-stamped production he has received. The parties propose that after the FBI completes just the Vaughn index, that the index be provided to plaintiff in order to attempt to narrow the issues that will have to be addressed in a Vaughn declaration and briefing.

Accordingly, the parties request that the Court enter the following proposed schedule:

(1) by October 20, 2015, plaintiff will identify for the FBI the 500 pages to be included in a Vaughn index;

(2)  by January 20, 2016, the FBI will complete the <u>Vaughn</u> index and produce it to plaintiff;

(3)  by January 29, 2016, the parties will submit a further proposed schedule after they have conferred in an attempt to narrow the issues that remain in need of briefing and judicial resolution.

Briefing on defendant's dispositive motion concerning the scope of its search, however, can proceed now.  Defendant does not need to supplement the motion filed on April 10, 2015.  <u>See</u> Dkt. No. 17.  Regarding this motion, the parties propose the following schedule:

(4)  on or before October 20, 2015, plaintiff will file his opposition to defendant's motion at docket number 17, and file his cross-motion concerning the scope of the search at that time;

(5)  on or before November 17, 2015, defendant will file its opposition/reply brief; and

(6)  on or before December 1, 2015, plaintiff will file his reply.

For the foregoing reasons, the parties respectfully request that this proposed schedule be adopted by the Court.

Respectfully submitted,

VINCENT H. COHEN, JR.
D.C. BAR # 471489
Acting U.S. Attorney for the
 District of Columbia


DANIEL F. VAN HORN,
D.C. BAR # 924092
Chief, Civil Division

 /s/ *Marina Utgoff Braswell*
MARINA UTGOFF BRASWELL,
D.C. BAR #416587
Assistant United States Attorney
U.S. Attorney's Office

555 4th Street, N.W. - Civil Division
Washington, D.C. 20530
(202) 252-2561

*Counsel for Defendant*

  */s/ Jeffrey L. Light*
Jeffrey L. Light
1712 Eye St., NW, Suite 915
Washington, D.C.  20006
202-277-6213
Jeffrey.Light@yahoo.com

*Counsel for Plaintiff*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JAMES CALHOUN COLGAN, | ) <br> ) |
| Plaintiff, | )    Civil No. 14 -740 (TSC) <br> ) |
| v. | ) <br> ) |
| DEPARTMENT OF JUSTICE, | ) <br> ) |
| Defendant. | ) <br> ) |

## **ORDER**

UPON CONSIDERATION of the parties' Joint Proposed Schedule for Further Proceedings, and the entire record in this case, it is hereby

**ORDERED** that the joint proposed schedule is adopted; and it is further

**ORDERED** that the following schedule is entered in this case:

(1)  by October 20, 2015, plaintiff will identify for the FBI the 500 pages to be included in a Vaughn index;

(2)  on or before October 20, 2015, plaintiff will file his opposition to defendant's motion at docket number 17, and file his cross-motion concerning the scope of the search at that time;

(3)  on or before November 17, 2015, defendant will file its opposition/reply brief regarding the search performed in this case;

(4)  on or before December 1, 2015, plaintiff will file his reply regarding the search performed in this case.

(5)  by January 20, 2016, the FBI will complete the Vaughn index and produce it to plaintiff;

(6)  by January 29, 2016, the parties will submit a further proposed schedule after they have conferred in an attempt to narrow the issues that remain in need of briefing and judicial resolution.

_____
UNITED STATES DISTRICT JUDGE